E. Chase Crowley v. Laura A. Wolf.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of Sally Kaiser, as Ancillary Executrix, for an Order Enjoining Charles Kaiser and Charlotte Sprayregan, as Ancillary Executors, etc., of Emanuel W. Kaiser, Deceased, from Assisting in or Paying Any Debts of the Estate from Any Bank Account Other Than the Estate Bank Account, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Appraisal of the Estate of Milton Ruppel, Deceased. State Tax Commission; Clementine T. Ruppel and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

William H. Door and Others v. Pierrepont Davenport and Others, Impleaded with Halstead James. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 841.] Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

William H. Door and Others v. Pierrepont Davenport and Others, Impleaded with Frederick O. Becker. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 841.] Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Keeler & Company, a Corporation, v. Norddeutscher Lloyd (Bremen) (North German Lloyd).— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 844.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of Alice G. Vanderbilt, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 776.] Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Arbitration between Max Oltarsh and Others and Classic Dresses, Inc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.